1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10   ISCANDER FRANCISCO MADRIGAL,                    Case No.  1:14-cv-01436-LJO-SAB-HC

11            Petitioner,                            ORDER DIRECTING CLERK OF COURT
                                                     TO SERVE FINDINGS AND
12        v.                                         RECOMMENDATION (ECF No. 24) AND
                                                     ORDER GRANTING MOTION FOR
13   JEFF MACOMBER,                                  EXTENSION OF TIME TO FILE
                                                     TRAVERSE (ECF No. 22) ON PETITIONER
14            Respondent.

15

16        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

17   U.S.C. § 2254.

18        On May 21, 2015, the Court issued a Findings and Recommendation recommending that

19   Petitioner's motion to stay the petition be denied and that the petition be dismissed without

20   prejudice.  (ECF No. 24).  The Findings and Recommendation informed Petitioner that he may

21   move to withdraw the unexhausted claims, file objections to the Findings and Recommendation,

22   or file a motion for a stay pursuant to Kelly v. Small, 315 F.3d 1063, 1070-71 (9th Cir. 2002),

23   within thirty days of the service of the Findings and Recommendation.  Upon a review of the

24   docket, it appears that Petitioner was not served with the Findings and Recommendation or the

25   Court's February 6, 2015 Order Granting Petitioner's Motion for Extension of Time to File a

26   Traverse.  The Court notes that although Petitioner did not receive the Court's February 6, 2015

27   order, he filed a motion for stay and abeyance on February 27, 2015.

28        Therefore, the Court will direct the Clerk of Court to serve copies of the May 21, 2015

1

1 Findings and Recommendation and February 6, 2015 Order Granting Petitioner's Motion for

2 Extension of Time on Petitioner.   As Petitioner has not yet received the Findings and

3 Recommendation and the Court is serving Petitioner with a copy of the Findings and

4 Recommendation, Petitioner has thirty (30) days from the date of service of the Findings and

5 Recommendation to move to withdraw the unexhausted claims, file objections to the Findings

6 and Recommendations, or file a motion for a stay pursuant to Kelly v. Small, 315 F.3d 1063,

7 1070-71 (9th Cir. 2002).

8        Accordingly, IT IS HEREBY ORDERED that:

9    1. The Clerk of Court is directed to serve a copy of the May 21, 2015 Findings and

10      Recommendation (ECF No. 24) and the February 6, 2015 Order Granting Petitioner's

11      Motion for Extension of Time to File a Traverse (ECF No. 22) on Petitioner;

12    2. Petitioner is granted **thirty (30) days** from the date of service of the Findings and

13      Recommendation to move to withdraw the unexhausted claims, file objections to the

14      Findings and Recommendation, or file a motion for a stay pursuant to Kelly v. Small,

15      315 F.3d 1063, 1070-71 (9th Cir. 2002); and

16    3. Any reply to the objections or a motion for a stay pursuant to Kelly shall be served

17      and filed within **fourteen (14)** days after service of the objections or the motion for a

18      stay pursuant to Kelly.

19

20 IT IS SO ORDERED.

21 Dated:   **July 28, 2015**

                             UNITED STATES MAGISTRATE JUDGE

2