# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ISCANDER FRANCISCO MADRIGAL, | Case No. 1:14-cv-01436-LJO-SAB-HC |
|---|---|
| Petitioner, | ORDER DENYING AS MOOT MOTION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL |
| v. | |
| JEFF MACOMBER, | ORDER DENYING WITHOUT PREJUDICE REQUEST FOR APPOINTMENT OF COUNSEL ON APPEAL |
| Respondent. | |
| | (ECF Nos. 53, 54) |

Petitioner is a state prisoner who proceeded pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2017, the Court adopted the Magistrate Judge's findings and recommendation and denied the petition. (ECF No. 46).

On April 17, 2017, Petitioner filed a motion to proceed *in forma pauperis* on appeal. (ECF No. 53). The Court previously permitted Petitioner to proceed *in forma pauperis* in this action. (ECF No. 4). Therefore, Petitioner does not require further authorization to appeal *in forma pauperis*. Fed. R. App. P. 24(a)(3).

On April 17, 2017, Petitioner also filed a request for appointment of counsel on appeal. (ECF No. 54). There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, the Criminal Justice Act authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the

1

interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). <u>See also</u> Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at this time. However, Petitioner is not precluded from renewing his request for appointment of counsel in the Ninth Circuit.

Accordingly, the Court HEREBY ORDERS that:

1. Petitioner's motion to proceed *in forma pauperis* on appeal (ECF No. 53) is DENIED as MOOT; and

2. Petitioner's request for appointment of counsel on appeal (ECF No. 54) is DENIED WITHOUT PREJUDICE to its renewal in the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **April 19, 2017**

_____
UNITED STATES MAGISTRATE JUDGE